Attorney General, and *Edward P. O'Brien,* Deputy Attorney General, for respondents.

No. 935, Misc.   DICKEY *v.* TEXAS ET AL.   Ct. Crim. App. Tex.   Petitioner *pro se.   Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, and *J. Milton Richardson* and *Howard M. Fender,* Assistant Attorneys General, for respondents.

No. 942, Misc.   RUARK *v.* COLORADO.   Sup. Ct. Colo. Petitioner *pro se.   Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, *Robert C. Miller,* Assistant Attorney General, for respondent.

No. 1177, Misc.   MITCHELL *v.* STEPHENS, PENITENTIARY SUPERINTENDENT.   C. A. 8th Cir.   *John P. Sizemore* and *Sidney S. McMath* for petitioner.   *Bruce Bennett,* Attorney General of Arkansas, *Fletcher Jackson,* Assistant Attorney General, and *Jack L. Lessenberry* for respondent.

No. 1184, Misc.   CRAIG *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.   C. A. 3d Cir.

No. 1229, Misc.   O'CONNOR *v.* BURKE, WARDEN.   Sup. Ct. Wis.   Petitioner *pro se.   Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz* and *Harold H. Persons,* Assistant Attorneys General, for respondent.

No. 1409, Misc.   MARTINEZ *v.* CALIFORNIA.   Sup. Ct. Cal.

No. 1447, Misc.   WARNOCK *v.* OLIVER, WARDEN.   Sup. Ct. Cal.

No. 1485, Misc.   ROSEBROUGH *v.* CALIFORNIA ET AL.   C. A. 9th Cir.

No. 1342, Misc.   DELESPINE *v.* TEXAS.   Ct. Crim. App. Tex.   *M. Gabriel Nahas, Jr.,* for petitioner.   *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Execu-

tive Assistant Attorney General, and *J. Milton Richardson* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

No. 1507, Misc. ELLIOTT *v.* GLADDEN, WARDEN. Sup. Ct. Ore.

No. 1241, Misc. RICHARDSON *v.* NEW YORK. Ct. App. N. Y. *Samuel Gottlieb* for petitioner. *Aaron Nussbaum* for respondent.

No. 1288, Misc. McCOY *v.* FLORIDA. Sup. Ct. Fla. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *William D. Roth,* Assistant Attorney General.

No. 1410, Misc. STROTHER *v.* UNITED STATES. C. A. D. C. Cir. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1595, Misc. PECE *v.* COX, WARDEN. C. A. 10th Cir.

No. 1601, Misc. DEAL *v.* CALIFORNIA ET AL. C. A. 9th Cir.

No. 1623, Misc. WADE *v.* YEAGER, WARDEN. C. A. 3d Cir.

No. 1636, Misc. GARDNER *v.* CALIFORNIA. Dist. Ct. App. Cal., 4th App. Dist.

No. 466, Misc. HAMILTON ET AL. *v.* NORTH CAROLINA. Sup. Ct. N. C. *Arthur Vann* for petitioners.

No. 544, Misc. SMITH *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept.

No. 577, Misc. LAINE *v.* CALIFORNIA. Sup. Ct. Cal.